UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.: 05-81E |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES E. WHITLEY, JR., and | ) | |
| CHARITY A. WHITLEY, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER OF COURT

AND NOW, this **1st** day of **July**, 2005, upon Motion of Plaintiff and due consideration thereof, it is hereby ORDERED that Plaintiff shall have until **October 28**, 2005, in which to perfect service of the Complaint on Defendant, Charity A. Whitley.

_____
UNITED STATES DISTRICT JUDGE