IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.: 05-81E |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES E. WHITLEY, JR., and | ) | |
| CHARITY A. WHITLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF KIMBERLY A. SLAVONIC

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) |
| | ) SS |
| COUNTY OF ALLEGHENY | ) |

Before me, the undersigned authority, personally appeared KIMBERLY A. SLAVONIC, who, after first being duly sworn according to law, deposes and says the following is true and correct, based upon her personal knowledge and upon information supplied to her by others which she believes to be true and correct:

1.  I am employed as a paralegal for John P. Davis, III, Esquire and Jones, Gregg, Creehan & Gerace, LLP, attorneys for the Plaintiff, the United States of America, in Civil Action No. 05-81E in the United States District Court for the Western District of Pennsylvania.

2.  Plaintiff attempted to serve the Complaint in Mortgage Foreclosure and for Deficiency Judgment, the Notice of Lawsuit and Request for Waiver of Service of Summons and the Waiver of Service of Summons on Defendant, Charity A. Whitley, by

certified mail, return receipt requested at her last known address of 219 Rocca Way, Franklin, Pennsylvania 16323. On or about March 21, 2005, the United States Postal Service returned the package marked "no mail receptacle."

3. On or about March 23, 2005, Plaintiff sent an Address Information Request to the Franklin, Pennsylvania, Postmaster to ascertain whether Defendant, Charity A. Whitley still resided at the 219 Rocca Way address. The postmaster provided Plaintiff with a new address for Defendant, Charity A. Whitley, of 962 Two Mile Run Road, Franklin, Pennsylvania 16323. A true and correct copy of the Address Information Request is attached hereto as Exhibit "A."

4. The United States Marshals Service then attempted to serve the Defendant personally at the 962 Two Mile Run Road address. Attempts were made to serve her on April 8, 2005 and May 4, 2005, but, as indicated by the Marshals Return of Service, the attempts were unsuccessful. A true and correct copy of the Return of Service is attached hereto as Exhibit "B."

5. After attempting to serve the Defendant by utilizing the above named methods, I depose and say that Charity A. Whitley is avoiding service.

July 6, 2005
Date

Kimberly A. Slavonic, Paralegal

SWORN TO and subscribed before me
this 6th day of July, 2005.

Tammy S. Findlay
NOTARY PUBLIC

Notarial Seal
Tammy S. Findlay, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Mar. 31, 2007

Member, Pennsylvania Association Of Notaries

2

**JONES, GREGG, CREEHAN & GERACE, LLP**
411 Seventh Avenue, Suite 1200
Pittsburgh, PA  15219
Counsel for U.S. Attorney

(412) 261-6400
Fax (412) 261-2652

| | | | |
|---|---|---|---|
| DATE: | March 23, 2005 | USAO NO. | 2004V01169 |
| TO: | POSTMASTER<br>Franklin, PA  16323 | JGC&G NO. | 05M275 |

## ADDRESS INFORMATION REQUEST

PLEASE FURNISH THE NEW ADDRESS, IF AVAILABLE FOR THE FOLLOWING INDIVIDUAL OR VERIFY WHETHER OR NOT THE ADDRESS GIVEN BELOW IS ONE AT WHICH MAIL FOR THIS INDIVIDUAL IS CURRENTLY BEING DELIVERED.  **IF THE FOLLOWING ADDRESS IS A POST OFFICE BOX, PLEASE FURNISH THE STREET ADDRESS AS RECORDED ON THE BOXHOLDER'S APPLICATION FORM.**

NAME
LAST-KNOWN
ADDRESS

Charity A. Whitley
219 Rocca Way
Franklin, PA  16323

I CERTIFY THAT THIS ADDRESS INFORMATION IS REQUIRED FOR THE SERVICE OF LEGAL PROCESS.

*John P. Davis, III /dkae8*

JOHN P. DAVIS, III, ESQUIRE
JONES, GREGG, CREEHAN & GERACE
Counsel for the U.S. Attorney

---

FOR POST OFFICE USE ONLY

### PLEASE PROVIDE STREET ADDRESS

( )  MAIL IS DELIVERED TO ADDRESS GIVEN            (✓)  NEW ADDRESS:

( )  NOT KNOWN AT ADDRESS GIVEN

( )  MOVED, LEFT NO FORWARDING ADDRESS    962 Two Mile Run Rd

( )  NO SUCH ADDRESS

Postmark/Date stamp

Exhibit A

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | C.A. 05-815 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| James E. Whitley, Jr. and Charity A. Whitley | Summons/Complaint |

SERVE AT: NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Charity A. Whitley

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
962 Two Mile Run Road, Franklin, PA 16323

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

JONES, GREGG, CREEHAN & GERACE, LLP
ATTORNEYS AT LAW
411 SEVENTH AVENUE, SUITE 1200
PITTSBURGH, PA 15219-1905

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please personally serve the above individual with the attached Complaint by May 9, 2005. Please indicate below if the person appears competent or is/in the military.

Signature of Attorney other Originator requesting service on behalf of:
Kimberly A. Slankovic
PARALEGAL
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 412-261-6400
DATE: 3-28-05

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| $180.00 | 106.92 | | $294.92 | | |

REMARKS: To ERIE 3-29-05
Attempted Service 4/8/05 - $90.00 + 53¢ mileage
Attempted Service 5/4/05 $90.00 + 53¢ mileage

COMPETENT _____  MILITARY _____

PRIOR EDITIONS MAY BE USED

PRINT COPIES OF: 1. CLERK OF THE COURT   2. USMS RECORD

Exhibit B

FORM USM-285
PAGE.02

JUN 14 '05 15:56