IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.: 05-81E |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| JAMES E. WHITLEY, JR., and CHARITY A. WHITLEY, | ) | |
| Defendants. | ) | |

### ORDER OF COURT

AND NOW, this _____ day of _____, 2005, after due consideration of the foregoing Motion for Alternative Service for Charity A. Whitley, pursuant to Federal Rule of Civil Procedure 4(e), it is hereby ORDERED that said Motion is GRANTED and the United States of America shall perfect service of the Complaint in Mortgage Foreclosure and for Deficiency Judgment on Defendant, Charity A. Whitley, by posting a copy of the original process on the most public part of the property as permitted by Pa.R.C.P. 410(c)(2).

_____
UNITED STATES DISTRICT JUDGE