REISS

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.: 05-81E |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES E. WHITLEY, JR., and | ) | |
| CHARITY A. WHITLEY, | ) | |
| | ) | |
| Defendants. | ) | |

### PRAECIPE TO REISSUE SUMMONS

TO:   Clerk, U.S. District Court

Please reissue the Summons in a Civil Case in the above matter as to Defendant, Charity A. Whitley, only.

By: _____
John P. Davis, III
Attorney for Plaintiff
PA ID No.: 33294

JONES, GREGG, CREEHAN & GERACE, LLP
411 Seventh Avenue, Suite 1200
Pittsburgh, PA 15219
(412) 261-6400