USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice  United States Marshals Service | PROCESS RECEIPT AND RETURN  See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF  UNITED STATES OF AMERICA | COURT CASE NUMBER  C.A. 05-81 E |
|---|---|
| DEFENDANT  James E. Whitley, Jr. and Charity A. Whitley | TYPE OF PROCESS  Posting Summons & Complaint |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Charity A. Whitley
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
219 Rocca Way, Franklin, PA 16323

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

JONES, GREGG, CREEHAN & GERACE, LLP
411 SEVENTH AVENUE, SUITE 1200
PITTSBURGH, PA 15219

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please serve the above individual with the attached Summons and Complaint by posting same to the most visible part of the property, pursuant to the attached Order of Court dated July 11, 2005. Serve by August 31, 2005.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Kimberly B. Slackmic, PARALEGAL
TELEPHONE NUMBER: 412-261-6400
DATE: 7-21-05

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process  1 | District of Origin  No. 68 | District to Serve  No. 68 | Signature of Authorized USMS Deputy or Clerk | Date  7/22/05 |
|---|---|---|---|---|---|

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 8/31/05  Time: 1:30 ☐ am ☒ pm
Signature of U.S. Marshal or Deputy

| Service Fee  $135.00 | Total Mileage Charges including endeavors  $52.50 | Forwarding Fee | Total Charges  $187.50 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: To ERIE 6-22-05
1- DUSM 3hrs = $135.00
140 mile Rnd trip @ .375 per mile = $52.50

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00