UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:05-cv-00081-SJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES E. WHITLEY, JR., and | ) | |
| CHARITY A. WHITLEY, | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

AND NOW, this _4th_ day of _October_, 2005, after consideration of the foregoing Motion for Default and Default Judgment filed by Plaintiff, the United States of America, IT IS HEREBY ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that default is hereby entered against Defendants, James E. Whitley, Jr., and Charity A. Whitley, for failure to answer and judgment by default is hereby entered against said Defendants and in favor of Plaintiff, the United States of America, as follows:

(a) Principal and advances ........................................$44,389.98
(b) Interest through August 31, 2004 ......................$ 2,548.54
(c) Interest Credit Subject to Recapture .................$17,009.73

TOTAL ...............................................................$63,948.25

together with interest accruing from August 31, 2004, at the rate of 6.5%, per annum, to the date of judgment, plus interest from the date of judgment at the legal rate and costs.

It is further ORDERED that the subject property hereby shall be and is exposed for sale for the purpose of satisfying Plaintiff's judgment.

It is further ORDERED that Plaintiff shall be paid the amount adjudged due Plaintiff with interest thereon to the time of such payment, together with costs of this action and the expenses of sale.

s/Sean J. McLaughlin
UNITED STATES DISTRICT JUDGE