IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:05-cv-00081 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES E. WHITLEY, JR. and | ) | |
| CHARITY A. WHITLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## PRAECIPE TO ISSUE A WRIT OF EXECUTION

TO:   Clerk, U.S. District Court

Please issue a Writ of Execution in the above matter;

1. against Defendants James E. Whitley, Jr. and Charity A. Whitley; and

2. index this Writ against James E. Whitley, Jr. and Charity A. Whitley.

3. Principal:                                $44,389.98
   Interest to October 4, 2005:              $ 5,700.64
   Interest Credit Subject to Recapture:     $17,009.73

   TOTAL:                                    $67,100.35

Plus interest from October 4, 2005, at the legal rate, and future costs to be added.

By: _____
John P. Davis, III
Attorney for Plaintiff
PA ID No. 33294