IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:05-cv-00081 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES E. WHITLEY, JR. and | ) | |
| CHARITY A. WHITLEY, | ) | |
| | ) | |
| Defendants. | ) | |

**WRIT OF EXECUTION**

UNITED STATES OF AMERICA
WESTERN DISTRICT OF PENNSYLVANIA

TO: The United States Marshal for the Western District of Pennsylvania

To satisfy the Judgment, interest and costs against Defendants James E. Whitley, Jr. and Charity A. Whitley:

1. You are directed to levy upon the property of the Defendants to sell their interest therein; and

2. You are further directed to levy upon and sell all other real and personal property belonging to the Defendants and situate within this jurisdiction.

3. Principal:                                  $44,389.98
   Interest to October 4, 2005:                $ 5,700.64
   Interest Credit Subject to Recapture:       $17,009.73

   TOTAL:                                      $67,100.35

Plus interest from October 4, 2005, at the legal rate, and future costs to be added.

_____
CLERK

_____
DATE:                                          DEPUTY CLERK