| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 1:05-CV-00081 |
| **DEFENDANT** James E. Whitley, Jr. and Charity A. Whitley | **TYPE OF PROCESS** Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ORIGINAL NOT SERVED
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

JONES, GREGG, CREEHAN & GERACE, LLP
411 SEVENTH AVENUE, SUITE 1200
PITTSBURGH, PA 15219

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please serve by checking the box for "have executed as shown in Remarks", signing remarks below, dating receipt and attaching the original Writ of Execution when filing the Return of Service.

Signature of Attorney other Originator requesting service on behalf of:
Kimberly A. Slavonic, PARALEGAL
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 412-261-6400
DATE: 12-21-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 65
District to Serve No.: 65
Signature of Authorized USMS Deputy or Clerk
Date: 1/4/06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:

Address *(complete only different than shown above)*:

☐ A person of suitable age and discretion then residing in defendant's usual place of abode
Date: 01-11-06
Time: 10:15 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8.00 | 0 | 0 | $8.00 | | |

REMARKS: FORWARD 1-5-06

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:05-cv-00081 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES E. WHITLEY, JR. and | ) | |
| CHARITY A. WHITLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## WRIT OF EXECUTION

UNITED STATES OF AMERICA
WESTERN DISTRICT OF PENNSYLVANIA

TO:   The United States Marshal for the Western District of Pennsylvania

To satisfy the Judgment, interest and costs against Defendants James E. Whitley, Jr. and Charity A. Whitley:

1. You are directed to levy upon the property of the Defendants to sell their interest therein; and

2. You are further directed to levy upon and sell all other real and personal property belonging to the Defendants and situate within this jurisdiction.

3. Principal:                                $44,389.98
   Interest to October 4, 2005:              $ 5,700.64
   Interest Credit Subject to Recapture:     $17,009.73

   TOTAL:                                    $67,100.35

Plus interest from October 4, 2005, at the legal rate, and future costs to be added.

_____
CLERK

_____
DEPUTY CLERK

DATE: December 15, 2005