IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:05-cv-00081 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES E. WHITLEY, JR. and | ) | |
| CHARITY A. WHITLEY, | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF LAST KNOWN ADDRESS

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) |
| | ) SS: |
| COUNTY OF ALLEGHENY | ) |

Before me, a Notary Public, the undersigned authority, personally appeared John P. Davis, III, attorney for Plaintiff, who, being duly sworn according to law, deposes and says that, to the best of his knowledge, information and belief, the last known address of the Defendants in the above-captioned case are as follows:

James E. Whitley, Jr.
219 Rocca Way
Franklin, PA 16323

Charity A. Whitley
962 Two Mile Run Road
Franklin, PA 16323

_____
John P. Davis, III
PA ID No. 33294
Attorney for Plaintiff

SWORN TO and subscribed
before me this 15th day
of February, 2006.

_Kimberly A. Slavonic_
Notary Public
My Commission Expires:

Notarial Seal
Kimberly A. Slavonic, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires May 13, 2006

Member, Pennsylvania Association Of Notaries