IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 1:05-cv-00081 |
| Plaintiff, | ) |
| vs. | ) |
| JAMES E. WHITLEY, JR. and CHARITY A. WHITLEY, | ) |
| Defendants. | ) |

### AFFIDAVIT OF SERVICE OF LIENHOLDERS

Kimberly A. Slavonic deposes and says that she is employed as a paralegal for the law firm of Jones, Gregg, Creehan & Gerace, LLP and John P. Davis, III, counsel for Plaintiff, United States of America; that a diligent effort has been made to identify all persons having mortgages, judgments, or other liens on the subject premises; and that the following such persons have been mailed Notice of the United States Marshal's Sale in the same form as the Handbill by Certificate of Mailing, pursuant to Pa.R.C.P. §3129.2(c)(1)(iii), on February 15, 2006, at the following addresses:

Ms. Patricia Shufflebarger
Housing Specialist
USDA - Rural Development
One Credit Union Place, Suite 330
Harrisburg, PA  17110-2996

Citbank, N.A.
701 E. 60th Street North
Sioux Falls, SD  57104

I hereby declare, under penalty of perjury, that the foregoing is true and correct.

Date: February 15, 2006    By: Kimberly A. Slavonic
                               Kimberly A. Slavonic
                               Paralegal to John P. Davis, III, Esq.
                               Counsel for the U.S. Attorney