IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:05-cv-00081 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES E. WHITLEY, JR. and | ) | |
| CHARITY A. WHITLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## PROOF OF PUBLICATION

Attached please find the Proofs of Publication for the above-captioned matter.

_____
John P. Davis, III, Esquire
Attorney for Plaintiff
PA ID No. 33294

JONES, GREGG, CREEHAN & GERACE, LLP
411 Seventh Avenue, Suite 1200
Pittsburgh, PA 15219
412-261-6400

# *Erie County Legal Journal*
# Proof of Publication of Notice

STATE OF PENNSYLVANIA  } SS:
COUNTY OF ERIE

_____**Paula J. Gregory**_____, Associate Editor of the Erie County Legal Journal, being duly sworn according to law, deposes and says that the Erie County Legal Journal is the duly designated legal newspaper for Erie County, Pennsylvania, which legal newspaper was established in 1945, and is published by the Erie County Bar Association, 302 West 9th Street, Erie, Erie County, Pennsylvania 16502; and that a copy of the printed notice of publication is attached hereto exactly as printed or published in the issue or issues of said legal newspaper on the following date or dates:

**COPY OF NOTICE**

**LEGAL NOTICE**
MARSHALS SALE: By virtue of a Writ of Execution issued out of the United States Court for the Western District of Pennsylvania and to me directed, I shall expose the following real property to public sale AT THE VENANGO COUNTY COURTHOUSE, MAIN HALLWAY, ON MARCH 20, 2006, AT 10:30 a.m., 1168 LIBERTY STREET, FRANKLIN, PENNSYLVANIA 16323. Said hereinafter described property is located at 219 Rocca Way, Franklin, Pennsylvania 16323, being more fully described as follows:
All that certain piece or parcel of land situate in the Borough of Sugarcreek (formerly Township), Venango County, Pennsylvania, known as Lot No. 55 on the Grantland Park Plan of Lots subject to utility line rights-of-way, building line setbacks, and other restrictions and conditions filed of record in Venango County Map Cabinet 1-81 (Map ID 268).
All those certain tracts of land, together with the buildings and improvements erected thereon, described in Book 4, Page 904, in the Office of the Recorder of Deeds, Venango County, Pennsylvania. Seized and taken in execution as the property of James E. Whitley, Jr. and Charity A. Whitley at the suit of The United States of America v. James E. Whitley, Jr. and Charity A. Whitley to be sold on Writ of Execution at Case No. 1:05-cv-00081. TERMS OF SALE: Successful bidder will pay ten percent (10%) by certified check and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps and stamps required by the local taxing authority. Marshal's costs, fees and commissions will be the responsibility of the seller. On behalf of the U.S. Marshals Service, we are allowing the highest bidder to secure, by official bank check or money order, ten percent (10%) of the highest bid amount within one hour of the conclusion of the sale.

Friday, __**February 24, and March 3, 10, 17**__, 20**06**

The affiant further states that s/he is the designated agent of Erie County Bar Association, the owner of said legal newspaper, that s/he is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place and character of publication are true.

_____, Associate Editor

Sworn to and subscribed before me this
__**21**__$^{st}$ day of __**March**__, 20**06**

_____
Notary Public

**MY COMMISSION EXPIRES**

NOTARIAL SEAL
SANDRA BRYDON SMITH, NOTARY PUBLIC
ERIE, ERIE COUNTY, PENNA.
MY COMMISSION EXPIRES ON JULY 14, 2006

## Proof of Publication of Notice in The News-Herald
### UNDER ACT NO. 587, APPROVED MAY 16, 1929

STATE OF PENNSYLVANIA,
                    SS:
COUNTY OF VENANGO

   Edward B. Cowart, of Venango Newspapers, Inc., of the County and State aforesaid, being duly sworn, deposes and says that THE NEWS-HERALD, newspaper of general circulation published at Franklin, Pa., County and State aforesaid, was established in 1878, since which time THE NEWS-HERALD has been regularly issued in said County, and that the printed notice or publication attached hereto is exactly the same as printed in the regular edition and issue of the said THE NEWS-HERALD on the following dates, viz:

                21st and 28th of February and the 7th and 14th of March, 2006

   Affiant further deposes that he is authorized by VENANGO NEWSPAPERS, INC., agent for said THE NEWS-HERALD to verify the foregoing statement under oath, and affiant is not interested in the subject matter of the aforesaid notice or advertisement, and that all allegations in the foregoing statements as to time, place and character of publication are true.

**COPY OF NOTICE OF PUBLICATION**

_____

Sworn to and subscribed before me this
14th day of Mar., 2006

_____

NOTARIAL SEAL
Barbara J. Moffatt, Notary Public
Oil City, Venango County, Pennsylvania
My Commission Expires April 29, 2009

MARSHALS SALE: By virtue of a Writ of Execution issued out of the United States Court for the Western District of Pennsylvania and to me directed, I shall expose the following real property to public sale AT THE VENANGO COUNTY COURTHOUSE, MAIN HALLWAY, ON MARCH 20, 2006, AT 10:30 a.m., 1168 LIBERTY STREET, FRANKLIN, PENNSYLVANIA 16323. Said hereinafter described property is located at 219 Rocca Way, Franklin, Pennsylvania 16323. being more fully described as follows: ALL that certain piece or parcel of land situate in the Borough of Sugarcreek (formerly Township), Venango County, Pennsylvania, known as Lot No. 55 on the Grantland Park Plan of Lots subject to utility line rights-of-way, building line setbacks. and other restrictions and conditions filed of record in Venango County Map Cabinet 1-81 (Map ID 268). All those certain tracts of land, together with the buildings, and improvements erected thereon, described in Book 4, Page 904, in the Office of the Recorder of Deeds, Venango County, Pennsylvania. Seized and taken in execution as the property of James E. Whitley, Jr. and Charity A. Whitley at the suit of The United States of America v. James E. Whitley, Jr. and Charity A Whitley to be sold on Writ of Execution at Case No. 1:05-cv-00081. TERMS OF SALE: Successful bidder will pay ten percent (10%) by certified check and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps and stamps required by the local taxing authority. Marshal's costs, fees and commissions will be the responsibility of the seller. On behalf of the U.S. Marshall Service, we are allowing the highest bidder to secure, by official bank check or money order, ten percent (10%) of the highest bid amount within one hour of the conclusion of the sale. Additional information can be obtained through the

**STATEMENT OF ADVERTISING COST**

Jones, Gregg, Creehan & Gerace, LLP         #2560506
411 Seventh Avenue   Suite 1200
Pittsburgh   PA   15219-1905

To VENANGO NEWSPAPERS, INC., Dr.
Agent for The News-Herald

For publishing the notice or publication attached
  hereto on the above dates                       $1,645.40
Probating same                                       11.00
    Total                                         $1,656.40

**Publisher's Receipt for Advertising Costs**

   VENANGO NEWSPAPERS, INC., agent for THE NEWS-HERALD, hereby acknowledges receipt of the aforesaid notice and publication costs, and certifies that the same have been duly paid.

                By_____