SCANNED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:05-cv-00081 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES E. WHITLEY, JR. and | ) | |
| CHARITY A. WHITLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULE OF DISTRIBUTION

Real property cried and sold to Blue Sky, a Pennsylvania General Partnership, for and in consideration of the sum of $24,100.00.

Total bid to the United States to be applied to the within judgment as above captioned: $22,800.64.

THOMAS M. FITZGERALD
United States Marshal for the
Western District of Pennsylvania

Distribution of money received from the sale of real estate of James E. Whitley, Jr. and Charity A. Whitley by Thomas M. Fitzgerald, United States Marshal, March 20, 2006, at Case No. 1:05-cv-00081.

| | |
|---|---|
| Bid: | $24,100.00 |
| Costs Incurred by the U.S. Marshal: | - $ 1,299.36 |
| **TOTAL BID TO THE UNITED STATES:** | **$22,800.64** |